**FILED**
April 07, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Myrna Gallegos__
DEPUTY

EP-25-MJ-1508-ATB

**SEALED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
March 18, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Katherine Wallace___
DEPUTY

**UNITED STATES OF AMERICA**

    **Plaintiff**

    **v**

**JASON SMITH**

    **Defendant**

1:25-cr-132 (1) DAE

## MOTION TO SEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through the undersigned U.S Department of Justice, Trial Attorney for the Tax Division, respectfully requests that the Court seal all documents relating to the Indictment of Jason Smith, filed in the above-styled cause. These documents include the Indictment, the Record of Grand Jurors Concurring, the Personal Data Sheet, the Order for Bench Warrant and Setting Amount of Bail, as well as this Motion to Seal the Indictment. As reason for such request, the United States would show the Court that information contained in these documents be sealed so as to safely effect the arrest of the Defendant and avoid a risk of flight.

The United States of America would also request that should this motion be granted that all of the aforementioned documents be unsealed following the Defendant's arrest.

A file-stamped copy shall be issued to the affiant and the government.

Respectfully submitted,

KAREN E. KELLY
ACTING DEPUTY ASSISTANT ATTORNEY GENERAL

By:

/s/ Parker R. Tobin

PARKER R. TOBIN
MARY FRANCES RICHARDSON
DANIEL I. LIPKOWITZ
Trial Attorneys, Tax Division
U.S. Department of Justice
150 M St NE Washington, DC, 20002
(202) 532-3631

**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____klw_____

DEPUTY

**SEALED**

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>v<br><br>**JASON SMITH**<br><br>**Defendant** | 1:25-cr-132 (1) DAE |

### ORDER

Before the Court is the Government's Motion to Seal the Indictment and all related documents in the above-styled case, and after considering the same, the Court is of the opinion that it should be granted in the interest of law enforcement.

ACCORDINGLY, it is hereby ORDERED that the Clerk of the Court file the Indictment and all related documents under seal. It is further ORDERED, based upon the Motion, that the Indictment and all related documents be unsealed following the arrest of the defendant, JASON SMITH.

IT IS FURTHER ORDERED that the Government's Motion to Seal, as well as this order, shall remain sealed until such time as the Indictment and all related documents are unsealed.

SIGNED on this ___18th__ day of _____March_____, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

**SEALED**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff**<br><br>**v**<br><br>**JASON SMITH**<br><br>**Defendant** | **INDICTMENT**<br><br>**Counts 1-2: 26 U.S.C. § 7206(1)**<br><br>1:25-cr-132 (1) DAE |

**THE GRAND JURY CHARGES:**

## INTRODUCTION

At all times relevant to this Criminal Indictment:

1.      Defendant JASON SMITH ("SMITH"), a married man, was a resident of Kerrville, Texas, in the Western District of Texas, beginning in or around 2018. SMITH previously lived in Edmond, Oklahoma.

2.      Individual 1 was SMITH's family member and a resident of the Western District of Texas, beginning in or around 2018.  Individual 1 previously lived in Edmond, Oklahoma.

3.      Company 1 was a multi-level marketing business that, among other things, sold essential oils and other aromatherapy products.

The Internal Revenue Service and its Forms

4.      The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

5.      IRS Form 1099-MISC, Miscellaneous Information ("Form 1099-MISC") was an IRS form used to report certain kinds of nonemployee compensation to the IRS.

6. An IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was used by U.S. taxpayers to file an annual income tax return.

The Scheme

7. SMITH and Individual 1 were independent distributors for Company 1. Individual 1 began distributing Company 1's products no later than 2009. SMITH joined Individual 1 as an independent distributor for Company 1 no later than 2013.

8. SMITH and Individual 1 received compensation from Company 1. Prior to in or around October 2013, Company 1 issued SMITH and Individual 1 Forms 1099-MISC that reported the compensation that Company 1 paid them each year using Individual 1's social security number.

9. In or around October 2013, SMITH registered Live Young Now International Ministries ("Live Young") as a business with the Oklahoma Secretary of State.

10. In or around October 2013, SMITH and Individual 1 obtained an Employer Identification Number ("EIN") from the IRS for Live Young. Live Young never applied to be recognized as a tax-exempt organization by the IRS. Live Young has never filed any tax return with the IRS.

11. In or around October 2013, SMITH opened a bank account in the name of Live Young. SMITH and Individual 1 later opened additional bank accounts in the name of Live Young. SMITH and Individual 1 were account signatories on the Live Young bank accounts.

12. Shortly after SMITH created Live Young, SMITH and/or Individual 1 contacted Company 1 and requested that Company 1 pay SMITH and Individual 1's compensation to Live Young, rather than to SMITH or Individual 1. In 2013, Company 1 began depositing SMITH and Individual 1's compensation into bank accounts held in the name of Live Young and issued Forms

1099-MISC to Live Young reporting this compensation using Live Young's EIN number and not SMITH or Individual 1's social security number.

13.     SMITH and Individual 1's compensation was paid to Live Young from 2013 through at least 2019. In 2018, SMITH and Individual 1 earned income totaling over $1.4 million from Company 1. In 2019, SMITH and Individual 1 earned income totaling over $1.4 million from Company 1.

14.     SMITH and Individual 1 maintained control over the Live Young bank accounts and used the funds in the Live Young bank accounts to pay personal expenses, including but not limited to mortgage payments, the purchase of cars, the purchase of an airplane, and the down payment for an RV.

15.     SMITH hired Return Preparer 1 to prepare his and Individual 1's 2018 and 2019 joint income tax returns.

16.      SMITH provided false and misleading information to Return Preparer 1.  Among other things, SMITH lied to Return Preparer 1 about the income he and Individual 1 earned from Company 1 and falsely told Return Preparer 1 that he and Individual 1 did not have any other Forms 1099, despite being aware of the Forms 1099-MISC issued by Company 1 to Live Young for 2018 and 2019 reporting compensation for the work they performed.

17.     Based upon the false and misleading information provided by SMITH, Return Preparer 1 prepared false 2018 and 2019 income tax returns that omitted substantial income earned by SMITH.

18.     SMITH and Individual 1's 2018 and 2019 income tax returns were electronically filed and received at the IRS service center in Austin, Texas, in the Western District of Texas.

**COUNTS 1 and 2**

**26 U.S.C. § 7206(1) (Making and Subscribing a False Tax Return)**

19.     Paragraphs 1 through 18 of this Indictment are realleged and incorporated by reference as though fully set forth herein.

20.     On or about the dates set forth in the table below, in the Western District of Texas and elsewhere, JASON SMITH willfully made and subscribed and filed and caused to be filed with the Internal Revenue Service, false Forms 1040, U.S. Individual Income Tax Returns, for the tax years set forth below, each of which was verified by a written declaration that it was made under the penalties of perjury and each of which JASON SMITH did not believe to be true and correct as to every material matter. Among other falsities, the tax returns reported that JASON SMITH had total income in the amount set forth below, whereas, as JASON SMITH knew, his income exceeded the reported amount:

| COUNT | APPROXIMATE FILING DATE | FORM | FALSE MATERIAL MATTER |
|-------|-------------------------|------|-----------------------|
| 1 | 04/04/2019 | 2018 Form 1040 | Line 6 (Total Income), $120,129 |
| 2 | 07/09/2020 | 2019 Form 1040 | Line 7b (Total Income), $139,722 |

(All in violation of Title 26, United States Code, Section 7206(1))

DATED: March 18, 2025

Page 4

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON OF THE GRAND JURY

KAREN E. KELLY
ACTING DEPUTY ASSISTANT ATTORNEY GENERAL

BY:    *Mary Frances Richardson*

PARKER R. TOBIN
MARY FRANCES RICHARDSON
DANIEL I. LIPKOWITZ
Trial Attorneys, Tax Division
U.S. Department of Justice

| | |
|---|---|
| Sealed | **X** |

| | | | |
|---|---|---|---|
| Unsealed | | Personal Data Sheet | USAO#   2023R06973 |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

**RELATED CASE____YES   _X_ NO**
**CASE NO.** _____

1:25-cr-132 (1) DAE

County:   **TRAVIS**   **AUSTIN**   Division: _____   Judge: _____

GJ Date:   03/18/2025   Mag Ct.#  25-MJ-0   SSN: 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   FBI#: _____

Case No.: _____   Trial Attorney:   Mary Frances Richardson

Defendant:   Jason Smith   Date of Birth:   09/11/1972

Address:   3000 Goat Creek Road
Kerrville, TX 78028

Citizenship:   United States   **X**   Mexican _____   Other _____

Interpreter Needed:   No   Language:   English

Defense Attorney:   N/A   Employed:   Yes

Address of Attorney: _____   Appointed: _____

Defendant is:   In Jail   No   Where: _____

On Bond _____   Amt. of Bond _____   Where: _____

Date of Arrest: _____   Bench Warrant Needed   **X**

Prosecution By:   Information _____   Indictment   **X**

Offense (Code & Description):   **Count 1 -- 26 USC 7206(1) – Filing False Tax Return**
**Count 2 -- 26 USC 7206(1) – Filing False Tax Return**

Offense Is:   Felony   **X**   Misdemeanor _____

Maximum Sentence:   **Count 1 --** Up to 3 yrs. imprisonment; $250,000 fine; 1 yr. TSR; $100 SA
**Count 2 --** Up to 3 yrs. imprisonment; $250,000 fine; 1 yr. TSR; $100 SA

Penalty is Mandatory:   Yes   **As to special assessment**   No

Remarks:   **IRS-CI, SA David Montoya, (210) 841-8562**

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw _____

DEPUTY

UNITED STATES OF AMERICA

Plaintiff

v

JASON SMITH

Defendant

**INDICTMENT**

**Counts 1-2: 26 U.S.C. § 7206(1)**

1:25-cr-132 (1) DAE

## ORDER FOR BENCH WARRANT AND
## SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below named defendant,

it is hereby ORDERED that warrant issue for the arrest of said defendant, and bail is hereby fixed

in the amount shown below, returnable instanter to the Austin, Texas Division of this Court, such

bail to be taken by any United States Magistrate Judge.

| Defendant | Amount of Bail |
|---|---|
| **JASON SMITH** | Based upon the request of the Trial Attorney, it is recommended that the defendant be detained until a hearing pursuant to 18 U.S.C. § 3142 can be held. |

SIGNED at ___Austin___, Texas, this _18_ day of ___March___, 2025.

_____

UNITED STATES MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v. | )<br>)<br>)    Case No.   1:25-cr-132 (1) DAE<br>) |
| Jason Smith | )<br>)<br>) |
| _____<br><center>*Defendant*</center> | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jason Smith                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ❏ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

   Counts 1 & 2: 26 USC 7206(1) - Making and Subscribing a False Tax Return

Date:     03/18/2025

City and state:     Austin, TX

*Issuing officer's signature*

Katherine Wallace, Courtroom Deputy
*Printed name and title*

| **Return** |
|---|
|     This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                              _____<br>                                              *Arresting officer's signature*<br><br>                                              _____<br>                                                *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____ Weight: _____

Sex: _____ Race: _____

Hair: _____ Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

**Print**    **Save As...**    **Reset**

SEALED

**FILED**

March 18, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ klw
                                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

UNITED STATES OF AMERICA

Plaintiff

v

JASON SMITH

Defendant

**INDICTMENT**

**Counts 1-2: 26 U.S.C. § 7206(1)**

1:25-cr-132 (1) DAE

**MOTION FOR DETENTION OF DEFENDANT**

The government seeks pretrial detention under Title 18, United States Code, Section 3142, et seq., and would show the Court the following:

1.  The pending case involves:

[ ] (a) A crime of violence; 18 U.S.C. § 3142(f)(1)(A).

[ ] (b) An offense for which the maximum sentence is life imprisonment or death; 18 U.S.C. § 3142(f)(1)(B).

[ ] (c) An offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act or the Maritime Drug Law Enforcement Act; 18 U.S.C. § 3142(f)(1)(C).

[ ] (d) A felony committed after the Defendant had been convicted of two or more prior offenses described in Title 18, United States Code, Section 3142(f)(l)(A)-(C) or comparable state or local offenses.

[ ] (e) A felony that is not otherwise a crime of violence that involves a minor victim or that involves the possession or use of a firearm or destructive device or any other dangerous weapon or involves the failure to register under section 2250 of title 18, United States Code; 18 U.S.C. § 3142(f)(1)(E).

[X] (f) A serious risk that the Defendant will flee; 18 U.S.C. § 3142(f)(2)(A).

[ ] (g) A serious risk that the person will obstruct or attempt to obstruct justice, or attempt to threaten, injure or intimidate a prospective witness or juror; 18 U.S.C. § 3142(f)(2)(B).

[ ]    (h)    An offense committed by the Defendant while released pending trial or sentence, or while on probation or parole and the person may flee and/or poses a danger to another person and/or the community requiring an initial 10-day detention pursuant to 18 U.S.C. § 3142(d).

[ ]    (i)    An offense committed by the above named defendant who is not a citizen of the United States or lawfully admitted for permanent residence and the person may flee requiring an initial 10 day detention under the provisions of 18 U.S.C. § 3142(d).

2.    No condition or combination of conditions will:

[**X**]   (a)    Reasonably assure the appearance of the person as required.

[ ]    (b)    Reasonably assure the safety of the community or any other person.

3.    The United States may advocate additional reasons for detention other than those indicated above as the investigation proceeds and new information becomes available.

4.    Pursuant to 18 U.S.C. § 3142(f) the United States moves that the detention hearing be continued for **THREE (3)** days so that the United States can prepare for said hearing.

5.    The Government requests that the Defendant be held without bond.


Respectfully submitted,

KAREN E. KELLY
ACTING DEPUTY ASSISTANT ATTORNEY GENERAL


By:


/s/ Parker R. Tobin
PARKER R. TOBIN
MARY FRANCES RICHARDSON
DANIEL I. LIPKOWITZ
Trial Attorneys, Tax Division
U.S. Department of Justice
150 M St NE Washington, DC, 20002
(202) 532-3631

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:25-cr-132 (1) DAE |
| | ) | |
| | ) | |
| Jason Smith | ) | |
| | ) | |
| | ) | |

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Jason Smith                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   Counts 1 & 2: 26 USC 7206(1) - Making and Subscribing a False Tax Return

Date:       03/18/2025                                                    _Katherine Wallace_
                                                                    Issuing officer's signature

City and state:     Austin, TX                            Katherine Wallace, Courtroom Deputy
                                                                    Printed name and title

---

### Return

This warrant was received on *(date)*   4/5/2025   , and the person was arrested on *(date)*   4/5/2025
at *(city and state)*   Sierra Blanca, TX   .

Date: 4/7/2025                                              _Patrick M Peevey_
                                                                    Arresting officer's signature

                                                          Patrick M Peevey, Special Agent, IRS-CI
                                                                    Printed name and title